

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00090-CV

JOE BURKETT, CAROLYN A.
BURKETT, RANDY WILLIAMS,
BRYON ROSS, DR. NINA SPEARS,
WILLIAM WADE, BOBBY SIDES,
MARSHA SIDES, DANIEL HOENIG,
MARGARET HOENIG, RANK
REED, KAREN L. REED, STEPHEN
VANDEKIEFT, STEPHANIE
VANDEKIEFT, ADAM SIEGEL,
CAROL SIEGEL, ET AL.

APPELLANTS

V.

LAKE COUNTRY PROPERTY
OWNERS ASSOCIATION

APPELLEE

------------

FROM THE 236TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On March 13, 2013, and April 22, 2013, we notified appellants, in accordance with rule of appellate procedure 42.3(c), that we would dismiss this

---

[1]See Tex. R. App. P. 47.4.

appeal unless the $175 filing fee was paid.  *See* Tex. R. App. P. 42.3(c).

Appellants have not paid the $175 filing fee.  *See* Tex. R. App. P. 5, 12.1(b).

Because appellants have failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of August 28, 2007,[2] we dismiss the appeal.  *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellants shall pay all costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  MCCOY, MEIER, and GABRIEL, JJ.

DELIVERED:  May 23, 2013

---

[2] *See* Supreme Court of Tex., *Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation*, Misc. Docket No. 07-9138 (Aug. 28, 2007) (listing fees in courts of appeals).